No. 84–6563.  TINGHITELLA *v.* PROCUNIER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.  C. A. 5th Cir.  Certiorari denied.

No. 84–6568.  HAYES *v.* LeFEVRE, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 84–6595.  ROBINSON *v.* OLDHAM, JUDGE, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 84–6608.  ACCIBAL *v.* OFFICE OF PERSONNEL MANAGEMENT.  C. A. Fed. Cir.  Certiorari denied.

No. 84–6611.  RUGGIERO *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 84–6616.  BEJJANI *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 84–6618.  JOHNSON *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 84–6630.  WILLIAMS *v.* UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 84–6637.  TRIBBLE *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 84–6674.  FABIAN *v.* CITY OF MIAMI ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 84–1506.  AIRWORK SERVICE DIVISION *v.* DIRECTOR, DIVISION OF TAXATION OF NEW JERSEY.  Sup. Ct. N. J.  Motions of Consumer Bureau, Chamber of Commerce of the United States, and American Civil Liberties Union of New Jersey for leave to file briefs as *amici curiae* granted.  Certiorari denied.